IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01263-PSF-MEH

ROBERT M. FRIEDLAND,

    Plaintiff,

v.

TIC–THE INDUSTRIAL COMPANY; GEOSYNTEC CONSULTANTS
INC. f/k/a GEOSERVICES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Entry of Stipulated Confidentiality Protective Order [Filed April 21, 2006; Docket #106] is **granted**. The Court will sign the Protective Order and enter it on the record.