IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01263-PSF-MEH

ROBERT M. FRIEDLAND,

    Plaintiff,

v.

TIC – THE INDUSTRIAL COMPANY; GEOSYNTEC CONSULTANTS
INC. f/k/a GEOSERVICES, INC.,

    Defendants.

## ORDER ON MOTION FOR MODIFICATION
## OF SCHEDULING ORDER AND RELATED RELIEF

    For good cause shown, the parties' Stipulated Motion for Modification of Scheduling Order and Related Relief [Filed June 19, 2006; Docket # 127] is **granted** as specified. However, the Court will consider any further requests for extensions of time only for exceptional cause. The Scheduling Order and other referenced orders, motions, and deadlines are modified as follows:

    1.    Defendant's Motion to Bifurcate will be withdrawn only as it relates to *discovery* of liability and damage issues. The Parties will conduct and complete damages and allocation related discovery according to the schedule set forth below. The Motion to Bifurcate, however, to the extent it seeks separate *trials* on liability and damage will remain pending for resolution by the Court.

2.       GeoSyntec's Motion to Compel is withdrawn, without prejudice, except for that portion of the Motion to Compel the production of the settlement agreement between Friedland and USF&G and any other settlement agreements Mr. Friedland does not produce on or before June 20, 2006 as per Paragraph 3 below. Friedland will use his best efforts to produce, and/or secure permission to produce, all settlement agreements.

3.       Plaintiff will provide to Defendants, by no later than **June 20, 2006**, copies of the settlement agreements involving Robert Friedland and non-parties related to or arising from litigation or threatened litigation related to the Summitville Mine that Mr. Friedland has received requisite permission to produce. The production shall include, for example, and without limitation, any such agreements between Friedland and Travelers Insurance, Bechtel, Bank of America, Burnett, Conveyor and/or Columbia. The agreements shall remain confidential under the Protective Order of April 27, 2006, (Docket No. 111), and shall not be disclosed to any insurance company unless ordered by the Court.

4.       In addition to the underlying damages and cost documents at issue in this case, Plaintiff will provide Defendants with a summary of the defense and other costs incurred by Mr. Friedland. In so doing, Plaintiff is not waiving any attorney-client or work product privilege beyond that which may be comprised of the summary itself.

5.       Except as set forth herein, the Parties will supplement their discovery responses, if appropriate, by no later than **June 28, 2006**.

6.       The Court's January 27, 2006 order granting Plaintiff's "Unopposed Motion to Extend or Stay the Deadline for Submitting Expert Reports" is **vacated**.

7.       Fact discovery related to liability issues will be completed by **June 30, 2006**.

8. All expert discovery related to liability issues will be completed no later than **August 15, 2006**.

9. Plaintiff's expert reports on damage and allocation issues, and all documents considered by Plaintiff's expert(s) in the preparation of such reports, will be served no later than **August 11, 2006**.

10. Defendants' expert reports on damages and allocation issues, and all documents considered by Defendants' expert(s) in the preparation of such reports, will be submitted no later than **October 15, 2006**.

11. All discovery related to damages and allocation issues shall be completed on or by **November 17, 2006**. Written discovery related to damages shall be served by no later than **October 17, 2006**.

12. The dispositive motion deadline is changed to **October 30, 2006.**

13. The preliminary pretrial conference is **vacated** and **rescheduled** to December 21, 2006, at **10:00 a.m.**.

IT IS FURTHER ORDERED THAT:

14. The parties shall submit a Stipulated Supplement to Defendant's Motion to Bifurcate requesting that United States District Judge Phillip S. Figa consider Defendant's Motion only as to the bifurcation of the trials, not discovery.

Dated at Denver, Colorado this 26th day of June, 2006.
BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge