IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01263-PSF-MEH

ROBERT M. FRIEDLAND,

    Plaintiff,

v.

TIC – THE INDUSTRIAL COMPANY; and
GEOSYNTEC CONSULTANTS INC., f/k/a Geoservices, Inc.,

    Defendants.

## ORDER VACATING HEARING AND REFERRING MOTION TO QUASH SUBPOENA TO MAGISTRATE JUDGE

The hearing scheduled on Friday, July 7, 2006, at 1:30 p.m. on The Travelers Indemnity Company's Motion to Quash Subpoena Issued to Zeeb & Co. (Dkt. # 125) is hereby VACATED and the motion is REFERRED to the Magistrate Judge for ruling.

DATED: July 5, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge