IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01263-PSF-MEH

ROBERT M. FRIEDLAND,

    Plaintiff,

v.

TIC – THE INDUSTRIAL COMPANY and GEOSYNTEC CONSULTANTS, INC. f/k/a GEOSERVICES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 24, 2006.**

    The parties stipulated that GeoSyntec's Motion to Compel would be withdraw without prejudice except "as to GeoSyntec's right to compel the production of settlement agreements." Neither party has since addressed what issues, if any, remain unresolved in this matter. It appears, therefore, that this motion is moot in its entirety. Accordingly, Defendant GeoSyntec's Motion to Compel Discovery Regarding Damages and for Sanctions [Filed June 2, 2006; Docket #117] is **denied** without prejudice.