IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01263-PSF-MEH

ROBERT M. FRIEDLAND,

    Plaintiff,

v.

TIC – THE INDUSTRIAL COMPANY; and
GEOSYNTEC CONSULTANTS INC., f/k/a Geoservices, Inc.,

    Defendants.
_____

### ORDER ON MOTIONS TO SEAL
_____

    Defendants' Joint Motion to File Brief in Support of Motion for Summary Judgment Under Seal (Dk.t # 154); Plaintiff's Motion to File Under Seal Plaintiff's Brief in Opposition to Defendants' Joint Motion for Summary Judgment on Damages Filed Under Seal (Dkt. # 183); TCI - The Industrial Company's Motion to Withdraw Filing No. 196 (Dkt. # 197); TCI - The Industrial Company's Motion to File Under Seal Its Motion to Remove Confidential Designation from Travelers and USF&G Settlement Agreements (Dkt. # 198); Defendants' Motion to File Under Seal Their Reply in Support of Motion for Summary Judgment on Damages (Dkt. # 201); and Defendant GeoSyntec's Motion to File Motion to Compel Discovery Regarding Payments Allegedly Made by Plaintiff Under Seal (Dkt. # 207) are GRANTED.

    Pursuant to the granting of TCI - The Industrial Company's Motion to Withdraw Filing No. 196 (Dkt. # 197), Defendant TIC - The Industrial Company's Motion to

Remove Confidential Designation From Travelers and USF&G Settlement Agreements (Filed Under Seal) (Dkt. # 196) is DENIED AS MOOT.

DATED: January 30, 2007.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge