IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 04-cv-01263-PSF-MEH | Date:   March 2, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| ROBERT M. FRIEDLAND, | Perry L. Glantz |
| | Richard Kirk Mueller |
| Plaintiff(s); | Kristina I. Mattson |
| vs. | |
| TIC – THE INDUSTRIAL COMPANY and | Colin C. Deihl |
| GEOSYNTEC CONSULTANTS INC.; | Terence M. Ridley |
| | Marian Lee Carlson |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**    11:02 a.m.

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Defendants' Joint Motion for Protective Order regarding the Deposition of Charles Russell in Guernsay, Channel Islands and Request for Expedited Ruling (Doc. #251, filed 2/27/07).

**ORDERED:**   For reasons stated on the record, Defendants' Joint Motion for Protective Order regarding the Deposition of Charles Russell in Guernsay, Channel Islands and Request for Expedited Ruling (Doc. #251, filed 2/27/07) is DENIED.

Discussion regarding where the deposition will take place and possible discovery issues.

**Court in recess:**     11:19 a.m.   (Hearing concluded)
**Total time in court:**   0:17