IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01263-PSF-MEH

ROBERT M. FRIEDLAND,

    Plaintiff,

v.

TIC – THE INDUSTRIAL COMPANY and
GEOSYNTEC CONSULTANTS, INC. f/k/a GEOSERVICES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 23, 2007.**

    Based on Plaintiff's Notice of Voluntary Withdrawal [Docket #268], the Motion for Protective Order Regarding GeoSyntec's Discovery Requests [Filed March 22, 2007; Docket #265] is **terminated**, without prejudice to any later filing.