**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 04-cv-01263-PSF-MEH           Date:   May 11, 2007
Courtroom Deputy:  Cathy Coomes                **FTR – Courtroom C203**

ROBERT M. FRIEDLAND,                           Perry L. Glantz
                                               Richard Kirk Mueller
        Plaintiff(s),

vs.

TIC – THE INDUSTRIAL COMPANY and               Colin C. Deihl
GEOSYNTEC CONSULTANTS, INC.,                   Terence M. Ridley
                                               Marian Lee Carlson
        Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session:     10:09 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order was reviewed.

Discussion regarding expert witness reports, Defendant Geosyntec's Motion to Bifurcated Proceedings (Doc. #52, filed 1/20/06) and this Court's ruling on that motion, and other pending motions.

**ORDERED:**  Pursuant to Mr. Ridley's comments regarding Defendant Geosyntec's Motion to Bifurcated Proceedings (Doc. #52, filed 1/20/06), the motion is deemed WITHDRAWN.

In reviewing the pending motions' list in this case, the Court and counsel have determined that Doc. #223 should be linked to Doc. #200 in CM/ECF.  **The docketing clerk is directed to make the necessary change.**

Discussion regarding possible Daubert motions and setting a settlement conference.

The Final Pretrial Order was approved and filed.

**Court in recess:       10:32 a.m (Hearing concluded)
Total time in court:**  0:23